IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>          Plaintiff,<br><br>v.<br><br>A-S MEDICATION SOLUTIONS, LLC, JAMES BARTA, WALTER HOFF, and JOHN DOES 1-10,<br><br>          Defendants. | Case No. |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendants A-S Medication Solutions, LLC, James Barta, and Walter Hoff ("Defendants") notice removal of this civil action from the Circuit Court of Lake County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division (the "Notice of Removal"). This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1332. In further support of their Notice of Removal, Defendants state:

    **I.    Physicians Healthcare, Inc. Lawsuit.**

1. On May 22, 2012, Physicians Healthcare, Inc. ("Physicians"), filed this civil action against Defendants in the Circuit Court of Lake County, Illinois, Case No. 12-CH-2539 (the "State Court Action").

2. A copy of the State Court Action was served on Defendant, A-S Medication Solutions, LLC, on or about June 5, 2012. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. § 1446(a), attached as group Exhibit A is a true and correct copy of "all process, pleadings, and orders" served upon Defendants in the State Court Action.

4. Pursuant to 28 U.S.C. § 1446(d), Defendants will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Lake County, Illinois. Defendants will also serve Physicians with a copy of this Notice of Removal.

**II.    Removal Pursuant to 28 U.S.C. § 1331.**

5. 28 U.S.C. § 1331 states that the district courts shall have original jurisdiction of all civil actions arising under the "Constitution, laws, or treaties of the United States."

6. Here, this Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331, because Count I states a cause of action under the Telephone Consumer Protection Act, 47 U.S.C. § 227. (Exhibit A, Complaint, p. 4 ¶ 21).

7. While it is arguable that certain claims asserted by Physicians are not removable under 28 U.S.C. § 1331, such causes of action are joined with the aforementioned removable count, thus subjecting the entirety of this matter to removal per § 1331. *28 U.S.C. § 1441(c).*

**III.    Removal Pursuant to 28 U.S.C. § 1332(a)(1).**

8. 28 U.S.C. § 1332(a)(1) states that the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between--

    (1)    citizens of different States . . .

9. For the purposes of § 1441, a corporation shall be deemed a citizen of any State by which it has been incorporated. *28 U.S.C. § 1332(c)(1).*

10. Here, this Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1), because there is diversity between the parties and the matter in controversy

exceeds the sum or value of $75,000 in the aggregate[1], exclusive of interest and costs. (Exhibit A, Complaint; *see also* A-S Medication Solutions LLC's Rule 7.1 Disclosure Statement, which is attached as Exhibit B, as well as the Affidavits of James Barta and Walter Hoff, which are attached as Exhibits C and D, respectively).

WHEREFORE, Defendants A-S Medication Solutions, LLC, James Barta, and Walter Hoff submit this Notice of Removal, removing this civil action to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1441 *et seq.*

Dated: June 26, 2012

Respectfully submitted,

A-S Medication Solutions, LLC, James Barta, and Walter Hoff

By: ＿＿＿/s/ *Cory D. Anderson*＿＿＿＿
One of their attorneys

John J. Rock, ARDC #6237980
Cory D. Anderson, ARDC #6274473
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000
312.494.1001 (facsimile)

---

[1] Plaintiff's Complaint states that its "individual" claims are worth less than $75,000, however, Plaintiff also asserts multiple causes of action and purportedly represents a class of similarly situated persons, thus, in the aggregate, the matter in controversy exceeds the sum of $75,000.