UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No.: 12-cv-5105 |
| v. | )<br>) Hon. Matthew F. Kennelly |
| A-S MEDICATION SOLUTIONS LLC, WALTER HOFF and JOHN DOES 1-10, | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, Physicians Healthsource, Inc., as representative of the certified Class, respectfully states as follows for its Motion for Entry of Judgment:

1. On August 21, 2018, the Court granted summary judgment in favor of the certified Class[1] and against Defendants. *Physicians Healthsource, Inc. v. A-S Medication Solutions*, *LLC*, 324 F. Supp. 3d 973, 983 (N.D. Ill. 2018). The Court held (a) that the Fax was an "unsolicited advertisement" under the Telephone Consumer Protection Act of 1991 ("TCPA"); (b) that Defendants "sent" the Fax using a computer; and (c) that the Fax was "successfully delivered to 11,422 [fax] numbers." *Id.* at 976-79. The only remaining issue was whether Plaintiff would seek treble damages for "willful or knowing" violations, or seek the automatic $500 per violation imposed by 47 U.S.C. § 227(b)(3).

---

[1] The Court previously certified the following Class: "All persons or entities who were successfully sent the Fax providing 'A-S Medication Solutions LLC, Quality Service Guaranteed,' and 'Ask about our new PedigreeRx Solution!,' between February 10, 2010, and February 28, 2010." *Physicians Healthsource, Inc. v. A-S Medication Solutions, LLC*, 318 F.R.D. 712, 720, 725 (N.D. Ill. 2016) (Gottschall, J.).

2.      No party to this action has demanded a trial by jury. There is no jury demand in Plaintiff's Complaint, Defendants' Answer to the Complaint, Plaintiffs' First Amended Complaint, or Defendants' Answer to the First Amended Complaint. (*See* Doc. 1-1, Pl.'s Compl. at 1–13; Doc. 28, Defs.' Answer to Compl. at 1–17; Doc. 38, Pl.'s First Am. Compl. at 1–19; Doc. 42, Defs.' Answer to First Am. Compl. at 1–23).

3.      On October 25, 2018, Plaintiff filed its "Plaintiff's Statement on Damages," wherein Plaintiff states:

> 1.  Plaintiff seeks on behalf of itself and members of the Class "$500 in damages for each such violation" of the Telephone Consumer Protection Act of 1991 ("TCPA"). 47 U.S.C. § 227(b)(3)(B).
>
> 2.  Plaintiff does not and will not ask the Court to find "that the defendant[s] willfully or knowingly violated" the TCPA, and Plaintiff does not and will not ask the Court to "increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph." 47 U.S.C. § 227(b)(3).

(Doc. 311).

4.      Plaintiff's counsel (Wallace C. Solberg) conferred telephonically and via email with Defendants' counsel (Eric Samore and Jacqueline M. Deluca), and Defendants have no objection to the content or to the filing of "Plaintiff's Statement on Damages." (*See* Declaration of Wallace C. Solberg, attached hereto as Exhibit 1, at ¶¶ 4-6).

5.      Because Defendants' liability was already established in the Court's order granting summary judgment, and because the $500 statutory damages is automatic, there is no issue on which to hold a bench trial. *See Holtzman v. Turza*, 728 F.3d 682, 683 (7th Cir. 2013) ("*Turza I*").

6.      Rather, under *Turza I*, 728 F.3d at 683, the Court should now enter judgment on behalf of Plaintiff Physicians Healthsource, Inc., individually and as representative of the Class against Defendants A-S Medical Solutions, LLC and Walter Hoff, in the amount of $5,709,000

($500 per violation for each of the 11,418[2] violations). (A copy of the Judgment entered in *Turza I* is attached as Exhibit 2).

7. Pursuant to *Holtzman v. Turza*, 828 F.3d 606, 608 (7th Cir. 2016) ("*Turza II*"), following entry of Judgment, the Court should order Defendants to pay $5,709,000 ($500 x 11,418) into the Court's registry as "security for payment" to class members.

8. Following the deposit of the security, Plaintiff will file a petition for attorney fees, expenses, and incentive award to Plaintiff. Following entry of an Order regarding same, Plaintiff shall then seek an Order for Distribution of Judgment Funds, directing the administrator retained by Plaintiff's Counsel, Class-Settlement.com, to send mail notice allowing class members to "spurn the money" if they wish. *See also Holtzman v. Turza*, 701 Fed. App'x 506, 507 (7th Cir. 2017) ("*Turza III*") (approving notice asking "whether [each class member] wants to claim the recovery (with nonresponse implying consent) and to update any details necessary to ensure that checks reach the correct addresses"). (A copy of the Amended Order for Distribution of Judgment Funds following *Turza II*, affirmed in *Turza III*, is attached as Exhibit 3; a copy of the Amended Order for Distribution of Judgment Funds following *Turza III* (changing distribution dates), is attached as Exhibit 4).

WHEREFORE, the Court should:

(a) enter judgment for the Class in the amount of $5,709,000 ($500 per violation for each of the 11,418 violations), pursuant to 47 U.S.C. § 227(b)(3);

(b) order Defendants to pay $5,709,000 to the Court's registry as security for payment to class members;

---

[2] Three class members, who received a total of four faxes, opted out of the Class after receiving notice of class certification, making the total number of violations at issue 11,418.

(c) set a deadline for Plaintiff to file its petition for attorney fees, expenses, and incentive award;

(d) vacate the December 10, 2018 trial date and all pretrial deadlines.

                    Respectfully submitted,

                    PHYSICIANS HEALTHSOURCE, INC.,
individually and as the representative of a class of similarly-situated persons

By: /s/ Wallace C. Solberg
One of the Attorneys for Plaintiff and the Class

Brian J. Wanca
Ryan M. Kelly
Wallace C. Solberg
Ross M. Good
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847/368-1500

## CERTIFICATE OF SERVICE

  I hereby certify that on October 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

              /s/ Wallace C. Solberg
              Wallace C. Solberg