**Exhibit 1**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 12-cv-5105 |
| v. | ) ) | Hon. Matthew F. Kennelly |
| A-S MEDICATION SOLUTIONS LLC, WALTER HOFF and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |

## <u>DECLARATION OF WALLACE C. SOLBERG</u>

I, Wallace C. Solberg, declare as follows:

1.      I am one of the attorneys for Plaintiff, Physicians Healthsource, Inc., and the Class in this matter.

2.      On October 17, 2018, I sent via email to defense counsel, Eric Samore, a proposed Joint Stipulation stating that Plaintiff seeks on behalf of itself and the Class $500 per violation of the Telephone Consumer Protection Act of 1991 ("TCPA"), and that Plaintiff and the Class would not seek to treble that amount to $1,500 per violation as permitted under the TCPA. (10/17/18 email from Solberg to Samore with proposed Stipulation is attached as Exhibit A).

3.      On October 19, 2018, Mr. Samore sent a redline response to Plaintiff's proposed Stipulation adding additional language, including the statement that "Defendants A-S Medication Solutions LLC and Walter [Hoff] do not oppose this stipulation." (10/18/18 email from Samore to Good with Defendants' redline attached as Exhibit B). Samore advised that he needed agreement from other attorneys for Defendant regarding the redline. (*Id.*) Plaintiff had no objection to Defendants' redline changes.

4.     Thereafter, on October 22, 2018, Jacqueline Deluca, another attorney for Defendants, sent via email a document styled "Plaintiff's Stipulation of Fact," and stated: "We have no objection to Plaintiff's filing of the attached document, which has minor changes from that which Eric [Samore] sent you last week." (10/22/18 DeLuca email to Solberg with proposed "Plaintiff's Stipulation of Fact," attached as Exhibit C).

5.     On October 22, 2018, Plaintiff's counsel (Solberg) sent an email to DeLuca regarding the proposed Plaintiff's Stipulation of Fact, asking whether Defendants wished to enter into a stipulation regarding damages, namely, that Plaintiff seeks $500 per violation, and would not seek $1,500 per violation, or whether Defendants objected to Plaintiff filing the a document styled as "Plaintiff's Unopposed Statement Regarding Damages." (10/22/18 email from Solberg to DeLuca, attached as Exhibit D).

6.     Thereafter, following a telephone conference, Defendants' counsel (Ms. DeLuca) on October 23, 2018, left Plaintiff's counsel (Solberg) a voice message stating that Defendants were "okay" with Plaintiff filing the document Defendants (Ms. DeLuca) emailed to Plaintiff on October 22, 2018, *see* Exhibit D attachment, and that it would be named "Plaintiff's Statement on Damages."

I declare under penalty of perjury the foregoing is true and correct.

Executed on October 26, 2018

Wallace C. Solberg

# Exhibit A

## Wallace Solberg

| | |
|---|---|
| **From:** | Wallace Solberg |
| **Sent:** | Wednesday, October 17, 2018 4:55 PM |
| **To:** | 'Samore, Eric'; Hoeppner, Yesha |
| **Cc:** | Ross Good; Brian Wanca; Ryan Kelly |
| **Subject:** | PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages |
| **Attachments:** | PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages.docx |

Eric: This email follows our telephone conversation yesterday afternoon after Court. Although you stated Defendants were not interested in entering a stipulation, Plaintiff offers the following as to damages, namely, a Stipulation wherein Plaintiff and the Class state they only seek $500 per violation of the TCPA, and do not and will not seek to treble that amount to $1,500 per violation. Please advise if Defendants are agreeable to the attached proposed stipulation. W. Solberg

Wallace C. Solberg, Esq.
ANDERSON+WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois 60008
Telephone: (847) 368-1500
Facsimile: (847) 368-1501
E-mail: wsolberg@andersonwanca.com
Website: www.andersonwanca.com

1

**Draft 10/17/18**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 12-cv-5105 |
| v. | ) ) | Hon. Matthew F. Kennelly |
| A-S MEDICATION SOLUTIONS LLC, WALTER HOFF and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] JOINT STIPULATION

Plaintiff and Class Representative, Physicians Healthsource, Inc., and Defendants, A-S Medication Solutions LLC and Walter Hoff, hereby stipulate as follows:

1.      Plaintiff seeks on behalf of itself and the Class "$500 in damages for each such violation" of the Telephone Consumer Protection Act of 1991 ("TCPA"). 47 U.S.C. § 227(b)(3)(B).

2.      Plaintiff does not ask the Court to find "that the defendant[s] willfully or knowingly violated" the TCPA, and Plaintiff does not ask the Court to "increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph." 47 U.S.C. § 227(b)(3).

By:   /s/ Eric L. Samore
        SMITHAMUNDSEN LLC
        150 N. Michigan Avenue #3300
        Chicago, IL 60601
        (312) 894-3251

By:   /s/ Wallace C. Solberg
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL 60008

Telephone: 847/368-1500

*Attorneys for Defendants*

*Attorneys for Plaintiff and the Class*

**Exhibit B**

**Wallace Solberg**

| | |
|---|---|
| **From:** | Samore, Eric <ESamore@salawus.com> |
| **Sent:** | Friday, October 19, 2018 1:23 PM |
| **To:** | Ross Good |
| **Cc:** | Wallace Solberg; Hoeppner, Yesha; Brian Wanca; Ryan Kelly; COYLE, MICHAEL |
| **Subject:** | RE: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages [IWOV-Active.FID382189] |
| **Attachments:** | PHI v. A-S--Pl._s Proposed Stip Statutory Damages (ES edits).DOCX |

Ross,

I have made a few minor suggested edits in redline to the proposed stipulation. e.g. since it just concerns what Plaintiff is requesting, I do not believe that it can accurately be described as a "*Joint* Stipulation".

Please review my attached edits and let me know what you think.

Mike Coyle is out until Monday, and I need his agreement too.

Thank you for your attention to this matter.

Best regards,

Eric

---

**From:** Ross Good [mailto:rgood@andersonwanca.com]
**Sent:** Friday, October 19, 2018 9:22 AM
**To:** Samore, Eric
**Cc:** Wallace Solberg; Hoeppner, Yesha; Brian Wanca; Ryan Kelly
**Subject:** Re: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages

Eric,

This email follows Plaintiff's proposed Stipulation sent to you on Wednesday and your response stating you were going to consult with your client. If you do not advise us by close of business today, October 19, that Defendants agree to the Stipulation as written, we will take that as Defendants' refusal to enter into the proposed Stipulation.

Thanks

--
Ross Good
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
rgood@andersonwanca.com - EMail
(847) 350-9861 - Direct Line
(847) 350-9861 - Direct Fax
(847) 368-1500 - Office Phones
(847) 368-1501 - Office Fax

On Thu, Oct 18, 2018 at 1:15 PM Samore, Eric <ESamore@salawus.com> wrote:

thanks Wally.

I am checking with my client and will circle back.

1

**Draft 10/17/18**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 12-cv-5105 |
| v. | ) ) | Hon. Matthew F. Kennelly |
| A-S MEDICATION SOLUTIONS LLC, WALTER HOFF and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED ~~[PROPOSED] JOINT~~ STIPULATION**

Plaintiff and Class Representative, Physicians Healthsource, Inc., ~~and Defendants, A-S Medication Solutions LLC and Walter Hoff,~~ hereby stipulate as follows:

1.      Plaintiff seeks on behalf of itself and members of the Class "$500 in damages for each such violation" of the Telephone Consumer Protection Act of 1991 ("TCPA"). 47 U.S.C. § 227(b)(3)(B).

2.      Plaintiff does not and will not ask the Court to find "that the defendant[s] willfully or knowingly violated" the TCPA, and Plaintiff does not and will not ask the Court to "increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph." 47 U.S.C. § 227(b)(3).

~~2.~~3.      Defendants A-S Medication Solutions LLC and Walter do not oppose this stipulation.

By:   /s/ Eric L. Samore _____          By:   /s/ Wallace C. Solberg _____

SMITHAMUNDSEN LLC
150 N. Michigan Avenue #3300
Chicago, IL 60601
(312) 894-3251

*Attorneys for Defendants*

ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847/368-1500

*Attorneys for Plaintiff and the Class*

**Exhibit C**

## Wallace Solberg

| | |
|---|---|
| **From:** | DELUCA, JACQUELINE <JDELUCA@fraserstryker.com> |
| **Sent:** | Monday, October 22, 2018 4:03 PM |
| **To:** | Wallace Solberg; Ross Good; Brian Wanca |
| **Cc:** | ESamore@salawus.com; COYLE, MICHAEL; BRENNAN, VERA; Hoeppner, Yesha (YHoeppner@salawus.com) |
| **Subject:** | RE: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages [IWOV-Active.FID382189] |
| **Attachments:** | FRASER-#1990166-v1-Stip.docx |

Wallace:

We have had the chance to speak with our client about your proposed filing. We have no objection to Plaintiffs' filing of the attached document, which has minor changes from that which Eric sent you last week.

Jacquie



**Jacqueline M. DeLuca**
Attorney
Fraser Stryker PC LLO
500 Energy Plaza | 409 South 17th Street | Omaha, NE 68102
Direct Dial 402.978.5268 | Fax 402.341.8290
jdeluca@fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message. Thank you.

---

**From:** Wallace Solberg [mailto:wsolberg@andersonwanca.com]
**Sent:** Monday, October 22, 2018 1:07 PM
**To:** Samore, Eric; Ross Good
**Cc:** Hoeppner, Yesha; Brian Wanca; Ryan Kelly; COYLE, MICHAEL
**Subject:** RE: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages [IWOV-Active.FID382189]

Eric: We have no objection to your red-lined changes. Please advise if your client has approved. Thanks W. Solberg

---

**From:** Samore, Eric [mailto:ESamore@salawus.com]
**Sent:** Friday, October 19, 2018 1:23 PM
**To:** Ross Good <rgood@andersonwanca.com>
**Cc:** Wallace Solberg <wsolberg@andersonwanca.com>; Hoeppner, Yesha <YHoeppner@salawus.com>; Brian Wanca <bwanca@andersonwanca.com>; Ryan Kelly <rkelly@andersonwanca.com>; COYLE, MICHAEL <MCOYLE@FraserStryker.com>
**Subject:** RE: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages [IWOV-Active.FID382189]

Ross,
I have made a few minor suggested edits in redline to the proposed stipulation. e.g. since it just concerns what Plaintiff is requesting, I do not believe that it can accurately be described as a "*Joint* Stipulation".
Please review my attached edits and let me know what you think.
Mike Coyle is out until Monday, and I need his agreement too.
Thank you for your attention to this matter.

Best regards,
Eric

---

**From:** Ross Good [mailto:rgood@andersonwanca.com]
**Sent:** Friday, October 19, 2018 9:22 AM
**To:** Samore, Eric
**Cc:** Wallace Solberg; Hoeppner, Yesha; Brian Wanca; Ryan Kelly
**Subject:** Re: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages

Eric,
This email follows Plaintiff's proposed Stipulation sent to you on Wednesday and your response stating you were going to consult with your client. If you do not advise us by close of business today, October 19, that Defendants agree to the Stipulation as written, we will take that as Defendants' refusal to enter into the proposed Stipulation.

Thanks

--
Ross Good
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
rgood@andersonwanca.com - EMail
(847) 350-9861 - Direct Line
(847) 350-9861 - Direct Fax
(847) 368-1500 - Office Phones
(847) 368-1501 - Office Fax

On Thu, Oct 18, 2018 at 1:15 PM Samore, Eric <ESamore@salawus.com> wrote:

thanks Wally.

I am checking with my client and will circle back.

---

**From:** Wallace Solberg [mailto:wsolberg@andersonwanca.com]
**Sent:** Wednesday, October 17, 2018 4:55 PM
**To:** Samore, Eric; Hoeppner, Yesha
**Cc:** Ross Good; Brian Wanca; Ryan Kelly
**Subject:** PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages

Eric: This email follows our telephone conversation yesterday afternoon after Court. Although you stated Defendants were not interested in entering a stipulation, Plaintiff offers the following as to damages, namely, a Stipulation wherein Plaintiff and the Class state they only seek $500 per violation of the TCPA, and do not and will not seek to treble that amount to $1,500 per violation. Please advise if Defendants are agreeable to the attached proposed stipulation. W. Solberg

Wallace C. Solberg, Esq.

ANDERSON+WANCA

3701 Algonquin Road, Suite 500

Rolling Meadows, Illinois 60008

Telephone: (847) 368-1500

Facsimile: (847) 368-1501

E-mail: wsolberg@andersonwanca.com

Website: www.andersonwanca.com

**Draft 10/17/18**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 12-cv-5105 |
| | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | |
| A-S MEDICATION SOLUTIONS LLC, WALTER HOFF and JOHN DOES 1-10, | ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S STIPULATION OF FACT

Plaintiff and Class Representative, Physicians Healthsource, Inc., hereby stipulate as follows:

1. Plaintiff seeks on behalf of itself and members of the Class "$500 in damages for each such violation" of the Telephone Consumer Protection Act of 1991 ("TCPA"). 47 U.S.C. § 227(b)(3)(B).

2. Plaintiff does not and will not ask the Court to find "that the defendant[s] willfully or knowingly violated" the TCPA, and Plaintiff does not and will not ask the Court to "increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph." 47 U.S.C. § 227(b)(3).


By:     /s/ Wallace C. Solberg
       ANDERSON + WANCA
       3701 Algonquin Road, Suite 500
       Rolling Meadows, IL 60008

Telephone: 847/368-1500

*Attorneys for Plaintiff and the Class*

**Exhibit D**

## Wallace Solberg

| | |
|---|---|
| **From:** | Wallace Solberg |
| **Sent:** | Monday, October 22, 2018 5:38 PM |
| **To:** | 'DELUCA, JACQUELINE'; Ross Good; Brian Wanca |
| **Cc:** | ESamore@salawus.com; COYLE, MICHAEL; BRENNAN, VERA; Hoeppner, Yesha (YHoeppner@salawus.com) |
| **Subject:** | RE: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages [IWOV-Active.FID382189] |

Counsel: Your attached response removes Defendants entirely from the redlined document Defendants sent last Friday, October 19, which is not a "minor" change.  Please advise whether Defendants are (1) willing to enter into a Stipulation wherein they stipulate that Plaintiff and the Class seek only $500 per violation, and that Plaintiff and the Class are expressly not seeking to treble that amount to $1,500 per violation; or (2) willing to agree that the Statement may be titled "Plaintiff's Unopposed Statement Regarding Damages."  W. Solberg

---

**From:** DELUCA, JACQUELINE [mailto:JDELUCA@fraserstryker.com]
**Sent:** Monday, October 22, 2018 4:03 PM
**To:** Wallace Solberg <wsolberg@andersonwanca.com>; Ross Good <rgood@andersonwanca.com>; Brian Wanca <bwanca@andersonwanca.com>
**Cc:** ESamore@salawus.com; COYLE, MICHAEL <MCOYLE@FraserStryker.com>; BRENNAN, VERA <VBRENNAN@FraserStryker.com>; Hoeppner, Yesha (YHoeppner@salawus.com) <YHoeppner@salawus.com>
**Subject:** RE: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages [IWOV-Active.FID382189]

Wallace:

We have had the chance to speak with our client about your proposed filing. We have no objection to Plaintiffs' filing of the attached document, which has minor changes from that which Eric sent you last week.

Jacquie



**Jacqueline M. DeLuca**
**Attorney**
Fraser Stryker PC LLO
500 Energy Plaza | 409 South 17th Street | Omaha, NE 68102
Direct Dial 402.978.5268 | Fax 402.341.8290
jdeluca@fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message. Thank you.

---

**From:** Wallace Solberg [mailto:wsolberg@andersonwanca.com]
**Sent:** Monday, October 22, 2018 1:07 PM
**To:** Samore, Eric; Ross Good
**Cc:** Hoeppner, Yesha; Brian Wanca; Ryan Kelly; COYLE, MICHAEL
**Subject:** RE: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages [IWOV-Active.FID382189]

Eric:  We have no objection to your red-lined changes.  Please advise if your client has approved.  Thanks W. Solberg

**From:** Samore, Eric [mailto:ESamore@salawus.com]
**Sent:** Friday, October 19, 2018 1:23 PM
**To:** Ross Good <rgood@andersonwanca.com>
**Cc:** Wallace Solberg <wsolberg@andersonwanca.com>; Hoeppner, Yesha <YHoeppner@salawus.com>; Brian Wanca <bwanca@andersonwanca.com>; Ryan Kelly <rkelly@andersonwanca.com>; COYLE, MICHAEL <MCOYLE@FraserStryker.com>
**Subject:** RE: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages [IWOV-Active.FID382189]

Ross,

I have made a few minor suggested edits in redline to the proposed stipulation.  e.g. since it just concerns what Plaintiff is requesting, I do not believe that it can accurately be described as a "*Joint* Stipulation".

Please review my attached edits and let me know what you think.

Mike Coyle is out until Monday, and I need his agreement too.

Thank you for your attention to this matter.

Best regards,

Eric

---

**From:** Ross Good [mailto:rgood@andersonwanca.com]
**Sent:** Friday, October 19, 2018 9:22 AM
**To:** Samore, Eric
**Cc:** Wallace Solberg; Hoeppner, Yesha; Brian Wanca; Ryan Kelly
**Subject:** Re: PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages

Eric,

This email follows Plaintiff's proposed Stipulation sent to you on Wednesday and your response stating you were going to consult with your client. If you do not advise us by close of business today, October 19, that Defendants agree to the Stipulation as written, we will take that as Defendants' refusal to enter into the proposed Stipulation.

Thanks

--
Ross Good
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
rgood@andersonwanca.com - EMail
(847) 350-9861 - Direct Line
(847) 350-9861 - Direct Fax
(847) 368-1500 - Office Phones
(847) 368-1501 - Office Fax

On Thu, Oct 18, 2018 at 1:15 PM Samore, Eric <ESamore@salawus.com> wrote:

thanks Wally.

I am checking with my client and will circle back.

---

**From:** Wallace Solberg [mailto:wsolberg@andersonwanca.com]
**Sent:** Wednesday, October 17, 2018 4:55 PM
**To:** Samore, Eric; Hoeppner, Yesha

**Cc:** Ross Good; Brian Wanca; Ryan Kelly
**Subject:** PHI v. A-S--Pl.'s Proposed Stipulation re Statutory Damages

Eric: This email follows our telephone conversation yesterday afternoon after Court.  Although you stated Defendants were not interested in entering a stipulation, Plaintiff offers the following as to damages, namely, a Stipulation wherein Plaintiff and the Class state they only seek $500 per violation of the TCPA, and do not and will not seek to treble that amount to $1,500 per violation.  Please advise if Defendants are agreeable to the attached proposed stipulation.  W. Solberg

Wallace C. Solberg, Esq.

ANDERSON+WANCA

3701 Algonquin Road, Suite 500

Rolling Meadows, Illinois 60008

Telephone: (847) 368-1500

Facsimile: (847) 368-1501

E-mail: wsolberg@andersonwanca.com

Website: www.andersonwanca.com