# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) Case No.: 12-cv-5105 |
| v. | ) ) Hon. Matthew F. Kennelly |
| A-S MEDICATION SOLUTIONS LLC, WALTER HOFF and JOHN DOES 1-10, | ) ) ) ) |
| Defendants. | ) |

## **DECLARATION OF ROSS M. GOOD**

I, Ross M. Good, declare as follows:

1. I am one of the attorneys for Plaintiff, Physicians Healthsource, Inc., and the Class in this matter. I make this Declaration in support of Plaintiff's motion to file three documents under seal—Exhibits 1, 2, and 3, respectively.

2. On or about August 25, 2014, Defendants produced a file identified as "AS005891 - AS006224.pdf" which purported to contain the target fax numbers at issue in this case.

3. Exhibit 1 is a spreadsheet titled "Fax Number List 090413.xlsx" that was provided by Defendants' Counsel on or about December 11, 2014. Defendants represented that Exhibit 1 was the native spreadsheet that was used to create "AS005891 - AS006224.pdf".

4. Exhibit 1 contains 15,664 rows of data, including one row of column headers, with each line containing a fax number and target name. For example, line 6,756 contains fax number "5139222009" and the name "Physicians Healthsource, Inc." Exhibit 1 is the list that was used by Defendants to send the faxes at issue.

5.　On September 10, 2015, Defendants' Counsel sent an email to Plaintiff's Counsel which included two attachments. This email was filed by Defendants in support of Defendants' Response in Opposition to Plaintiff's Motion to Strike. (Doc. 249-2, Page ID # 5271).

6.　Exhibit 2 is one of the attachments to Defendants' Counsel's September 10, 2015 email: "A-S 0030922 (Schiff Salesforce analysis).XLSX."

7.　On or about October 12, 2016, I requested that Plaintiff's expert, Robert Biggerstaff, email me the list of 11,422 successful fax transmissions at issue in this case.

8.　Exhibit 3 is the list of 11,422 successful fax transmissions at issue in this case that Robert Biggerstaff provided to me on October 12, 2016.

9.　I subsequently provided Exhibit 3 to the administrator retained by Plaintiff's Counsel, Dorothy Sue Merryman, to use in sending class notice in this case.

I declare under penalty of perjury the foregoing is true and correct.


Executed on November 21, 2018　　　　　　　s/ Ross M. Good

　　　　　　　　　　　　　　　　　　　　　　　Ross M. Good