# EXHIBIT 1

## Fax number list 090413.xlsx

## BEING FILED UNDER SEAL