# EXHIBIT  2

# A-S 0030922 (Schiff Salesforce analysis).XLSX

# BEING FILED UNDER SEAL