# EXHIBIT  3

## List of successful fax transmissions

## BEING FILED UNDER SEAL