IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons,

Plaintiff(s),

v.

A-S MEDICATION SOLUTIONS LLC and WALTER HOFF,

Defendant(s).

Case No. 12 C 5105
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of the plaintiff class and against defendants A-S Medication Solutions LLC and Walter Hoff, jointly and severally, in the amount of $5,709,000. Defendants to deposit that sum into the registry of the Court by no later than December 19, 2018.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion.

Date: 11/27/2018                                   Thomas G. Bruton, Clerk of Court

                                                   Pamela J. Geringer, Deputy Clerk