UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and on behalf of similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> A-S MEDICATION SOLUTIONS, LLC AND WALTER HOFF <br><br> Defendants. | Case No. 12-cv-05105 <br><br> Hon. Matthew F. Kennelly |

## DEFENDANTS' MOTION TO WITHDRAW MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION OF JUDGMENT

NOW COME Defendants, A-S Medication Solutions, LLC and Walter Hoff ("Defendants"), and file their Motion to Withdraw Motion for Approval of Supersedeas Bond and Stay of Execution of Judgment.

1. On December 7, 2018, Defendants filed their Motion for Approval of Supersedeas Bond and Stay of Execution of Judgment (Dkt. # 334).

2. On December 10, 2018, Defendants filed their Motion for Approval of Security, or in the Alternative, Supersedeas Bond and Stay of Execution of Judgment. (Dkt. # 336).

3. As a result of this latter filing, Defendant's Motion for Approval of Supersedeas Bond and Stay of Execution of Judgment is duplicative (Dkt. # 334), and Defendants seek to withdraw it.

**WHEREFORE,** Defendants, A-S Medication Solutions, LLC and Walter Hoff, respectfully request that this Court deem their Motion for Approval of Supersedeas Bond and Stay of Execution of Judgment (Dkt. # 334) withdrawn, with Defendants' Motion for Approval

of Security, or in the Alternative, Supersedeas Bond and Stay of Execution of Judgment (Dkt. # 336) as its replacement motion.

                                            Respectfully submitted,

                                            /s/ Eric L. Samore
                                            One of Defendants' Attorneys

Eric L. Samore
Albert Bower
SMITHAMUNDSEN LLC
150 N. Michigan Avenue #3300
Chicago, IL 60601
(312) 894-3251

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 10, 2018 he served a copy of **DEFENDANTS' MOTION TO WITHDRAW MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND STAY OF EXECUTION OF JUDGMENT** upon all parties of record via the Court's ECF filing system.

    [x]    Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: December 10, 2018

    /s/    Eric L. Samore