**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of the certified Class, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 12-cv-5105 |
| v. | ) ) | Hon. Matthew F. Kennelly |
| A-S MEDICATION SOLUTIONS LLC, WALTER HOFF and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

**<u>DECLARATION OF ROSS M. GOOD</u>**

I, Ross M. Good, declare as follows:

1. I am one of the attorneys for Plaintiff, Physicians Healthsource, Inc., and the Class in this matter. I make this Declaration in support of Plaintiff's Petition for Attorneys' Fees, Incentive Award and Expenses.

2. On or about December 18, 2018, I compiled and reviewed all expenses for Class Counsel in this matter.

3. Class Counsel expended $19,853.88 on computer forensics and an expert witness in this matter.

4. Class Counsel expended $1,162.50 on dissemination of Class Notice (Doc. 205) in this matter.

5. Class Counsel expended a total of $2,841.22 in non-taxable costs relating to taking depositions in this matter.[1]

---

[1] At one of the depositions in this matter, Class Counsel brought a paralegal to assist in the operation of certain electronic exhibits. Class Counsel has elected not to request the costs associated with that paralegal attending that deposition.

6.	Class Counsel expended a total of $238.00 in travel expenses to and from Court in this matter.

7.	The total amount Class Counsel expended in non-taxable costs in this matter is $24,570.42

I declare under penalty of perjury the foregoing is true and correct.


Executed on December 19, 2018				s/ Ross M. Good
							Ross M. Good