**EXHIBIT 1**

# *Class-settlement.com*

20 Max Avenue
Hicksville, New York 11802-9009
Voice (800) 982-1241 / Fax (800) 767-8623

December 18, 2018

Ross Good
ANDERSON+WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008

**Re:** PH v A-S Medical Solutions

Dear Ross:

We are pleased to provide you with the following administrative quote for the above referenced case.

Approximate Class Size:   11,420          Quote Valid Until:   March 17, 2019

## *Administrative Cost*

**Notice Distribution** *includes the following:*
- Design, imaging, and production of notice document
- Faxing of notice to class list (three attempts)
- NCOA/address validation scrub as necessary
- Mailing of postcard Notice to all records
- Re-mailing of items returned with forwarding info
- Completion of required declarations

**Settlement Distribution** *includes the following:*
- Set-up of insured trust account for fund deposit
- Mailing of *Certified Checks* to valid class members
- Management of W-9 distribution and collection, 1099 production and IRS filings, if required
- Remailing of checks returned with forwarding info
- Reconciliation of trust account
- Processing of remaining funds to Cy Pres
- Completion of additional required declarations

## *Total Estimated Administrative Cost:*

**Notice Distribution via fax, with follow-up mail to all records, *certified bank checks* to all members**

Distribution *by fax and mail*:   $ 196,650

We appreciate the opportunity and your consideration. If you have any questions, please contact me.

Sincerely,

Dorothy Sue Merryman
Sr. Project Manager

---

Comprehensive class-action settlement administration services for legal professionals
Visit us on the web at: www.class-settlement.info