**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and on behalf of similarly situated persons,<br><br>      Plaintiff,<br><br>v.<br><br>A-S MEDICATION SOLUTIONS, LLC AND WALTER HOFF,<br><br>      Defendants. | Case No. 12-cv-05105<br><br>Hon. Matthew F. Kennelly |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendants, A-S Medication Solutions, LLC and Walter Hoff ("Defendants") hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment entered in the case on November 27, 2018 (Doc. No. 332) and any and all orders that adversely affected Defendants and the judgment, whether made prior to, during, or after the entry of the judgment, including but not limited to the following orders:

- The Memorandum Opinion and Order denying Defendants' Motion to Alter or Amend the November 27, 2018 Judgment Pursuant to Rule 59(e) or, in the Alternative, to Reconsider Pursuant to Rule 60 and, further, entering findings regarding the plan for distribution of the judgment, attorney's fees, expenses, and costs; such Memorandum Opinion and Order was entered on March 2, 2019 (Doc. No. 372);

- The Judgment in favor of the Plaintiff class and against Defendants in the amount of $5,709,000 entered on November 27, 2018 (Doc. No. 332);

- The Memorandum Opinion and Order granting Plaintiff's Motion for Entry of Judgment and entering a judgment in favor of the Plaintiff class and against Defendants in the amount of $5,709,000 entered on November 27, 2018 (Doc. No. 331);

- The Minute Entry denying Defendants' Motion to Set a Briefing Schedule and Evidentiary Hearing on Damages Issues entered on October 16, 2018 (Doc. Nos. 310, 314);

- The Memorandum Opinion and Order granting Plaintiff's Motion for Summary Judgment on the subject of Defendants' liability entered on August 21, 2018 (Doc. No. 298);

- The Minute Entry, Memorandum Opinion and Order certifying a class entered in favor of Plaintiff on September 27, 2016 (Doc. Nos. 201, 202).

Respectfully submitted,

/s/ Michael F. Coyle
One of Defendants' Attorneys

Michael F. Coyle
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102
(402) 341-6000

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 12, 2019 he served a copy of the foregoing **Notice of Appeal** upon all parties of record via the Court's ECF filing system.

    [x]    Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: March 12, 2019

    /s/    Michael F. Coyle

2079908 v1