UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Physicians Healthsource, Inc.

                              Plaintiff,

v.                                                                          Case No.: 1:12−cv−05105
                                                                        Honorable Matthew F. Kennelly

A−S Medication Solutions LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 19, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court modifies its previous entry (378) to read as follows: The Court directs the following changes to plaintiff's revised proposed notice of the judgment and fee / expense petition: (a) The 4/19/2019 date should be modified to 4/26/2019 given the Court's delay and should be modified to state that this is a date for objecting to the proposed attorney's fee, expenses, and incentive award. The 120 day period approved by the Court is a deadline for negotiating checks once the judgment is paid out. (b) The language stating, "Your payment will be $319.98 times the number of faxes sent to you according to the records in the case" should be modified to read: "If the Court approves the requested attorney's fees, expenses, and incentive payment, your payment will be $319.98 times the number of faxes sent to you according to the records in the case. If the Court approves a lesser amount of attorney's fees, expenses, and/or incentive payment, your payment will be greater on a pro rata basis." With these modifications, the Court authorizes sending the notice to class members. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.