**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) | |
| Plaintiff, ) ) | Case No.: 12-cv-05105 |
| v. ) ) | Hon. Matthew F. Kennelly |
| A-S MEDICATION SOLUTIONS LLC, WALTER HOFF AND JOHN DOES 1-10, ) ) ) ) | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Plaintiff, Physicians Healthsource, Inc. ("PHI"), respectfully moves this Court for leave to file certain documents under seal and make available only to case participants and the Court, and in support of this Motion states as follows:

1. On October 22, 2013, Magistrate Judge Sheila Finnegan entered an "Agreed Protective Order Regarding Computer Forensic Discovery" ("Forensic Protective Order"), (Doc. 56). Thereafter, on December 18, 2013, Magistrate Judge Finnegan entered an "Agreed Confidentiality Order" ("Protective Order"), (Doc. 59). Pursuant to the Protective Order, parties are required to seek leave of the Court to file documents under seal and must further comply with Local Rule 26.2. (Protective Order at 6).

2. On or about April 2, 2019, Class-Settlement.com, the class administrator in this matter, sent the "Notice of Judgement, Motion for Fees and Expenses, and Attached Form."

3. The Notice included a form allowing for any Class member to fill out and submit objections.

4. In response to the Notice, Class-settlement.com received 36 responses.

5. Plaintiff seeks leave from the Court to file 32 of these responses under seal as they include personal identifying information about these Class members that the parties agree should be maintained as confidential.

6. Pursuant to the Protective Order, Plaintiff respectfully requests that it be given leave to file the above documents under seal electronically, in accordance with the procedures set forth in Local Rule 26.2.

WHEREFORE, Plaintiff respectfully request that the Court enter an Order giving Plaintiff leave to file these 32 responses under seal and to direct the Clerk of the Court to maintain same under seal until further order of this Court.

Date: May 10, 2019

Respectfully submitted,

PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons

s/ Ross M. Good
Ross M. Good
Brian J. Wanca
Wallace C. Solberg
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
847-368-1500
847-368-1501(fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ Ross M. Good