# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Physicians Healthsource, Inc.

                        Plaintiff,

v.                                           Case No.: 1:12−cv−05105
                                                 Honorable Matthew F. Kennelly

A−S Medication Solutions LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 16, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 5/16/2019. Motion to seal document [422] is granted. Submissions by class members have bee filed. Ruling to follow. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.