**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) Case No.: 12-cv-5105 |
| v. | ) Hon. Matthew F. Kennelly |
| A-S MEDICATION SOLUTIONS LLC, WALTER HOFF and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

**ORDER FOR DISTRIBUTION OF REMAINING JUDGMENT FUNDS**

Pursuant to the Report of Judgment Administrator filed with this Court on February 5, 2021 (Doc. 462), It is hereby ordered that:

1. The Judgement Administrator may distribute from the remaining balance in the Judgment Fund as follows: $1,903,000.00 in attorneys' fees, $156,452.50 in expenses (which includes $131,892.50 administrative fees advanced to the Judgment Administrator) and Plaintiff's incentive award of $7,500.00.

2. The Judgment Administrator will return $3,397.32 to Defendants ($3,199.80 in spurned payments and $197.52 in undistributed funds due to rounding).

3. The Judgment Administrator may now undertake the process of escheating the unclaimed funds ($819,788.76) in accordance with the laws in the state of residence of each class member who failed to negotiate their check.

Dated: February 5, 2021

_____
Hon. Matthew F. Kennelly